RIFE v. INGHRAM.

The clerk may assess damages under such computation as the court may direct, in a case where the facts were submitted to the court.

ERROR to *Des Moines District Court.*

*Opinion by* GREENE, J. Assumpsit on promissory note. Judgment for the plaintiff.

The only error complained of is that the clerk assessed damages. It appears that the parties submitted the cause to the court and it being adjudged that the plaintiff was entitled to recover on the note, the court ordered the clerk to assess damages. In this proceeding we think there is no error. The record denotes an agreement of the parties to submit the facts in the case to the court. This is authorized by statute. Rev. Stat. 470, § 9. The court decided the question at issue and directed a computation of damages. This having been done under direction of the judge, by his clerk, was virtually the action of the court, and is all the statute requires.                    Judgment affirmed.

*D. Rorer*, for plaintiff in error.

*Grimes* and *Starr*, for defendant.